UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CASE No._____

JURY TRIAL (YES)
COMPLAINT FOR DAMAGES
( 42 U.S.C § 1983)

FILED IN CLERKS OFFICE
2018 JUL -2 PM 1: 14
U.S. DISTRICT COURT
DISTRICT OF MASS.

ANTHONY JAMES DEW

PLAINTIFF

V.

THE CITY OF BOSTON, BOSTON POLICE DEPARTMENT COMMISSIONER WILLIAM B. EVANS, DETS ROBERT T. CHARBONNIER, LUDWIK BARTKIEWICZ, SGT DET JAMES MILLER, OFFICER DONALD NICHOLAS

DEFENDANT (S)

COMPLAINT FOR A CIVIL CLAIM

INTRODUCTORY STATEMENT

1.) THIS ACTION IS BEING BROUGHT PURSUANT TO (42 U.S.C § 1983) FOR DAMAGES IMPOSED BY FIVE BOSTON POLICE OFFICER OF THE BOSTON POLICE DEPARTMENT, WHO UNLAWFULLY ARRESTED WITHOUT A VALID SEARCH WARRANT WITHIN THE FOUR CORNERS OF THE AFFIDAVIT FOR THE SEARCH WARRANT THESE OFFICERS FABRICATED PROBABLE CAUSE TO ILLEGALLY ENTER THE PLAINTIFFS APARTMENT AND ARRESTED HIM ON FALES PRETENSES.

2.) THE ACTION IS ALSO AGAINST THE BOSTON POLICE COMMISSIONER AS THE SUPERVISOR OF FOUR OFFICERS RESPONSIBLE FOR AFOREMENTIONED CONDUCT. AND THE COMMISSIONER FAILURE TO TAKE CORRECTIVE ACTION WITH RESPECT TO POLICE PERSONNEL, OR TO IMPLEMENT MEANINGFUL PROCEDURES AND/ OR TRAINING TO DISCOURAGE LAWLESS OFFICIAL CONDUCT. AND AGAINST THE COUNTY OF SUFFOLK BOSTON POLICE DEPARTMENT AS THE EMPLOYER OF THE PERSONNEL. THE ACTION IS A SUITE UNDER (42 U.S.C § 1983).

(1)

## JURISDICTION

3.) THIS ACTION IS BROUGHT PURSUANT TO (42 U.S.C §§ 1983, 1988 and IS 4, 5, 6, 8, and 14 AMENDMENTS TO THE CONSTITUTION OF THE UNITED STATES.

4.) THIS COURT HAS SUBJECT MATTER JURISDICTION OF THE ACTION UNDER ( 28 U.S.C §§ 1331, 1343 (a) (3), (4) ).

5.) THIS COURT MAY ALSO EXERCISE SUPPLEMENTAL JURISDICTION OVER THE PLAINTIFF STATE LAW CLAIM THAT ARISE FROM THE SAME FACT'S AND CIRCUMSTANCES UNDER (28 U.S.C § 1367).

## PARTIES

6.) PLAINTIFF IS A RESIDENT OF CITY OF NORFOLK AND AT ALL TIMES RELEVANT TO THE ALLEGATIONS OF THIS COMPLAINT IS A CITIZEN OF THE UNITED STATES AND A RESIDENT OF MCI-NORFOLK, 2 CLARK STREET / PO.BOX.43 NORFOLK, MASS,02056 NORFOLK COUNTY.

7.) AT ALL TIMES RELEVANT TO THIS ACTION, THE DEFENDANTS DET, ROBERT T. CHARBONNIER, SGT-DET, JAMES MILLER, OFFICER, DONALD-NICHOLAS and DET LUDWIK BARTKIEWICZ ARE POLICE OFFICERS EMPLOYED BY THE BOSTON POLICE DEPARTMENT AND PERFORM DUTIES IN THE CITY OF BOSTON, AND ARE ASSIGNED TO THE DRUG CONTROL UNIT AT C-6 PRECINCT AND HTU PRECINCT.

   A.) AT ALL RELEVANT TIMES THE DEFENDANTS WERE ACTING AS THE AGENTS, SERVANT AND LAW ENFORCEMENT OFFICERS, EMPLOYED BY THE BOSTON POLICE DEPARTMENTS COMMISSIONER, WILLIAM B. EVANS, IN SUFFOLK COUNTY, CITY OF BOSTON, MASS, 02120.

   B.) THE DEFENDANTS ARE BEING SUED INDIVIDUALLY AND JOINTLY IN THEIR OFFICIAL CAPACITY. and PERSONAL CAPACITY

8.) AT ALL TIMES RELEVANT TO THIS ACTION DEFENDANT WILLIAM B. EVANS IS THE DULY APPOINTED COMMISSIONER OF THE SUFFOLK COUNTY, BOSTON POLICE DEPARTMENT. IN THIS CAPACITY COMMISSIONER EVANS WAS:

  A.) THE COMMANDING OFFICER OF THE DEFENDANT's, DET, ROBERT T. CHARBONNIER ID#11588, SGT-DET, JAMES MILLER ID#11826, OFFICER, DONALD NICHOLES ID# 102346, and DET, LUDWIK BARTKIE-WICZ ID#10943, and WAS RESPONSIBLE FOR THEIR TRAINING, SUPERVISION AND CONDUCT.

  B.) RESPONSIBLE BY LAW FOR ENFORCING THE REGULATIONS OF THE SUFFOLK COUNTY BOSTON POLICE DEPARTMENT AND FOR ENSURING THAT SUFFOLK COUNTY BOSTON POLICE DEPARTMENT PERSONNELL OBEY THE LAWS OF THE STATE OF MASSACHUSETTS AND THE UNITED STATES.

  C.) ACTING AS THE AGENT, SERVANT AND EMPLOYEE OF THE DEFENDANT COUNTY SUFFOLK, BOSTON POLICE DEPARTMENT. THE DEFENDANT IS SUED INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY.

## FACTUAL ALLEGATIONS

9.)
  A.) ON EDCEMBER,6,2014 I ANTHONY DEW RENT A ROOM FROM TANISHA RODRIGUEZ AT 49 MAX WELL STREET APT #2 DORCHESTER,MA,02124 (see.. EXHIBIT (A) GPS CALL LOG RECORDS).

  B.) FROM DECEMBER,6,2014 - JANUARY,13,2015 BOSTON POLICE DETECTIVE ROBERT T.CHARBONNIER, SERGEANT-DETECTIVE JAMES MILLER, and OFFICER DONALD NICHOLAS, SAID THAT THEY PROVIDED CONFIDENTIAL NAME (JET) WITH DRUG CONTROL UNIT FUND's TO PURCHASE HEROIN FROM A BLACK HISPANIC MALE NAME MONEY. (see EXHIBIT (B) SEARCH WARRANT AFFIDAVIT (page, 12,13,14))

  C.) FROM DECEMBER,6,2014 - JANUARY,13,2015 THESE OFFICER's SAID THEY USE A CHEMICAL TEST KIT, THEY FIELD TESTED A PORTION OF THE SUSPECTED HEROIN AND IT TESTED POSTITIVE FOR HEROIN. THE HEROIN PURCHASED BY (JET) WAS THEN FORWARDED TO THE STATE POLICE CRIME LABORATORY FOR ANALYSIS. (see.. EXHIBIT (B) (page, 13,14) and EXHIBIT (C)(D)).

D.) FROM DECEMBER,6,2014 - JANUARY,13,2015 DET ROBERT T. CHARBONNIER SAID HE CALL GPS AND ASK TO VERIFY IF ANTHONY DEW WAS IN A GPS MONITORING BRACELET. (see EXHIBIT (A) GPS CALL LOG RECORDS and EXHIBIT (B) (page, 14)).

E.) FROM DECEMBER,6,2014 - JANUARY,13,2015 DET ROBERT T. CHARBONNIER SAID THAT HE PRINTED A SANITIZED PHOTOGRAPH (with no names or marking) OF ANTHONY DEW, DOB: 08/12/82 AND SHOWED IT TO CI (JED).(see EXHIBIT (E)).

F.) ON JANUARY,13,2015 THE SEARCH WARRANT SIGN BY JUDGE PETER M.LAURIAT OF SUFFOLK SUPERIOR COURT (see..EXHIBIT (B) .

G.) ON JANUARY,15,2015 at 5:00 am I ANTHONY JAMES DEW WAS GETING READY TO APPEAR AT NEW BEDFORD DISTRICT COURT AND I WAS IN THE HALL WAY GETING DRESS FOR COURT. (see..EXHIBIT (G).

H.) ON JANUARY,15,2015 at 5:30 am BOSTON POLICE DETECTIVES OF THE DRUG CONTROL UNIT & HUMAN TRAFFICKING UNIT EXECUTED A SEARCH WARRANT ISSUED BY JUDGE PETER M. LAURIAT FOR THE PERSON OF ANTHONY DEW DATE AND SIGN BY THESE OFFICER UNDER THE THE PAIN AND PENALTIES OF PERJURY. (see..EXHIBIT (B) and (F)

I.) ON JANUARY,15,2015 THE DRUG CONTROL UNIT DET, CHARBONNIER HIT THE DOOR OF 49 MAX WELL STREET APT #2 WITH A HAND HELD "RAM" I ANTHONY DEW WAS PRESENT IN THE HALLWAY POLICE OFFICER SERGE SANON WITH HIS GUN IN HAND PUT TO MY HEAD LAID ME DOWN ON THE FLOOR AND HAND CUFF ME AND BROUGHT ME TO THE KITCHEN WHERE KIMBERLT THERESA McDONOUGH AND RACHEL DEVINE WERE PRESENT DET, CHARBONNIER GAVE ME A CIGARETTE TO SMOKE.

J.) THE THE OFFICER's IN THE APARTMENT TOOK TANISHA RODRIGUEZ FROM HER BED ROOM TO THE KITCHEN TABLE THEN I ANTHONY JAMES DEW WAS TRANSPORTED TO AREA B-3 BOSTON POLICE DEPARTMENT STATION BY A UNKOWN POLICE IN A PAT WAGON AT 6:15 am on JANUARY,15,2015.

K.) ON JANUARY,15,2015 AT AREA B-3 POLICE STATION I WAS ARRESTING BY OFFICER ANDREW HUNTER ID# 102673 and THE BOOKING OFFICER WAS TODD T. HO ID# 12266 and I WAS INFORMED OF MY RIGHT's, SEARCH, and, PLACED IN CELL #07 BY JOHN ALVES ID#99822. (see..EXHIBIT (H)).

L.) ON THURSDAY, JANUARY,15,2015 I ANTHONY JAMES DEW, WAS TAKEN INTO CUSTODY BY MEMBERS OF THE BOSTON POLICE DEPARTMENT'S DRUG CONTROL UNIT and HUMAN TRAFFICKING UNIT (REF CC#152002094) and TRANSPORTED TO DISTRICT B-3 AND BOOKED, MEMBER OF THE BOSTON POLICE DEPARTMENT SEXUAL ASSAULT UNIT(DETECTIVES JEFFREY CECIL and TIMOTHY MURRAY) TOOK ME OUT OF CELL #07 PLACEING HAND CUFFS (using OFFICER EMILY M. ENGLISH DEPARTMENT AUTHORIZED HAND CUFFS) and ESCORTED ME TO THE SECOND FLOOR INTERVIEW ROOM. AT ABOUT 8:20 am WHILE DET WHERE ATTEMPTING TO REMOVE THE HANDCUFFS, THEY GOT STUCK ON ME RIGHT WRIST. THE DUTY SUPERVISOR (LIEUTENANT TORIGIAN) WAS NOTIFIED AND THE BOSTON FIRE DEPT RESPONDED AND REMOVE THE HAND CUFFS. (see EXHIBIT (I)...

10.) ON JUNE, 30,2018 DATE THE PLAINTIFF CAUSED A WRITTEN VERIFIED NOTICE OF CLAIM TO BE FILED WITH AND SERVED ON THE PROPER OFFICERS, AGENTS AND EMPLOYEES OF THE DEFENDANTS COUNTY OF SUFFOLK, BOSTON MASSACHUSETTS PURSUANT TO THE CLAIM STATUTES GOVERNING THESE CASE A TRUE AND CORRECT COPY OF THE NOTICE IS ATTACHED TO THE COMPLAINT AND INCORPORATED BY REFEERENCE IN IT AS EXHIBIT' (S) A - I

## FEDERAL THEORIES OF RECOVERY

11.) THE ACTIONS AND OMISSIONS DESCRIBED ABOVE, ENGAGED IN UNDER COLOR OF STATE AUTHORITY BY THE DEFENDANTS INCLUDING DEFENDANTS COUNTY, SUED AS A PERSON AND RESPONSIBLE BECAUSE OF ITS AUTHORIZATION, CONDONATION, AND RATIFICATION ON THE ACTS OF ITS AGENTS DEPRIVED THE PLAINTIFF OF RIGHTS SECURED TO ANTHONY JAMES DEW BY THE CONSTITUTION OF THE UNITED STATES INCLUDING BUT NOT LIMITED TO THE FOLLOWING:

 A.) SIXTH AMENDMENT RIGHT IN ALL CRIMINAL PROSECUTIONS, THE ACCUSED SHALL ENJOY THE RIGHT TO BE INFORMED OF NATURE AND CAUSE ON THE ACCUSATION....

 B.) FOURTH AMENDMENT RIGHT TO BE FREE FROM UNLAWFUL SEIZURE OF ANTHONY JAMES DEW PERSON.

 C.) FIFTH AND FOURTEENTH AMENDMENT RIGHT TO DUE PROCESS OF THE LAW, INCLUDING THE RIGHT TO BE FREE FROM UNJUSTIFIED AND EXCESSIVE FORCE UTILIZED BY POLICE.

 D.) EIGHTH AMENDMENT RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT.

12.) THE ACTS AND CONDUCT ABOVE CONSTITUTE ACTIONABLE TORTS UNDER THE LAWS OF THE UNITED STATES INCLUDING THE TORT OF.

 A.) FALSE ARREST AND IMPRISONMENT.

 B.) MALICIOUS PROSECUTION.

 C.) ABUSE OF PROCESS.

 D.) NEGLIGENCE AND,

 E.) GROSS NEGLIGENCE.

Case 1:18-cv-11398-NMG   Document 1   Filed 07/02/18   Page 6 of 7

## CLAIM FOR RELIEF

13.) DEFENDANTS, COUNTY OF SUFFOLK BOSTON POLICE DEPARTMENT ACTING THROUGH ITS AGENTS AND EMPLOYEES WILLIAM B. EVANS, ROBERT T. CHARBONNIER LUDWIK BARTKIEWICZ, JAMES MILLER, DONALD NICHOLAS, UNDER THE COLOR OF LAW AND WITH THE APPARENT AUTHORITY OF BOSTON POLICE DEPARTMENT, VIOLATED THE PLAINTIFF FOURTH, FIFTH, SIXTH AND FOURTEENTH AMENDMENT RIGHTS UNDER THE UNITED STATES CONSTITUTION, IN VIOLATION OF (42 U.S.C. § 1983).

14.) THE ACT'S OF THE DEFENDANTS THAT CONSTITUTE DEPRIVATION OF THE PLAINTIFF CIVIL RIGHTS AND ARE THE BASIS OF THE CLAIMS IN THIS ACTION INCLUDE.

A.) DENIAL OF THE FOURTH AND FOURTEENTH AMENDMENT RIGHTS

1.) BY UNLAWFULLY AND WRONGFULLY SEIZING ANTHONY JAMES DEW PERSON WITH OUT PROBABLE CAUSE CAUSING BY UNLAWFUL DETENTION AND INCARCERATION ANTHONY DEW ON SERIOUS CHARGES THAT THEY KNEW OF SHOULD HAVE KNOWN WERE FALSE.

2.) BY UNLAWFULLY AND WRONGFULLY SEIZING ANTHONY JAMES DEW PERSON IN CLEAR VIOLATION OF DUE PROCESS.

B.) DENIAL OF THE FIFTH AND FOURTEENTH AMENDMENT RIGHTS:

1.) BY KNOWINGLY AND WILLFULLY SUBMITTING FALSE DATA REGARDING THE TRANSACTION THAT LED TO ANTHONY JAMES DEW ARREST.

2.) BY KNOWINGLY AND WILLFULLY UTTERING FALSE TESTIMONY AT ANTHONY JAMES DEW COURT DATE's THAT LED TO MY CONVICTION ON NARCOTICS SALE and HUMAN TRAFFICKING CHARGES.

3.) BY CONSPIRING TO SUBORN PERJURED POLICE TESTIMONY.

4.) BY KNOWINGLY, WILLFULLY, AND WRONGFULLY CONCEALING INFORMATION THAT WOULD HAVE ASSISTED ANTHONY JAMES DEW IN COURT ON HIS DEFENSE AGAINST SERIOUS CRIMINAL CHARGES.

C.) DENIAL OF ANTHONY JAMES DEW SIXTH AND FOURTEENTH AMENDMENT RIGHT:

1.) BY FAILING TO TIMELY DISCLOSE "BRADY" MATERIAL TO ANTHONY JAMES DEW DEFENSE LAWYER.

(6)

2.) BY CONCEALING DISCOVERABLE INFORMATION FROM ANTHONY JAMES DEW DEFENSE LAWYER.

3.) BY PERMITTING AND ENCOURAGING KNOWN PERJURED TESTIMONY TO BE PRODUCED AT THE TRIAL BY THE PROSECUTION.

## JURY DEMAND

15.) ANTHONY JAMES DEW DEMANDS TRIAL BY JURY ON ALL ISSUES TRIABLE BY JURY IN THIS ACTION.

## PRAYER PLAINTIFF SEEKS:

A.) DECALARATORY JUDGMENT THAT THE ACTS OF THE CITY OF BOSTON, THE BOSTON POLICE DEPARTMENT AND THEIR AGENTS AND EMPLOYEES, VIOLATED THE PLAINTIFF DUE PROCESS.

B.) AN AWARD OF COMPENSATORY DAMAGES TO THE PLAINTIFF IN AN AMOUNT TO BE DETERMINED BY THE TRIER OF FACT AS SUFFICIENT TO COMPENSATE THE PLAINTIFF FOR THE INJURIES DESCRIBED IN THIS COMPLAINT.

C.) AN AWARD OF PUNTITIVE DAMAGES TO THE PLAINTIFF IN AN AMOUNT TO BE DETERMINED BY THE TRIER OF FACT AS SUFFICIENT TO PUNISH EACH DEFENDANT AGAINST WHOM THESE DAMAGES ARE AWARDED AND SUFFICIENT TO DETER SIMILAR CONDUCT IN THE FUTURE BY THESE DEFENDANT's.

D.) AN AWARD OF REASONABLE COSTS AND EXPENSES TO PLAINTIFF IN THIS ACTION, IN CLUDIN ATTORNEY FEES PURSUANT TO (42 U.S.C § 1988)and

E.) AN AWARD TO THE PLAINTIFF OF ALL OTHER RELIEF THAT IS JUST AND PROPER.

ANTHONY JAMES DEW #W108112
MCI-NORFOLK
PO.BOX.43
NORFOLK,MA,02056

SIGN: _[signature]_ PRO,SE
DATED: June, 30, 2018

(7)